|     |     |
| --- | --- |
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |

| | |
| --- | --- |
| Warrick R. Roundtree, et al., | Case No.: 2:17-cv-02390-JAD-PAL |
| Plaintiffs | |
| v. | **Order Adopting Report and Recommendation** |
| Ultimate Vacation Experience, | |
| Defendant | [ECF Nos. 9, 10] |

Magistrate Judge Leen recommends that I dismiss this action without prejudice for lack of federal-court jurisdiction.[1] The pro se plaintiffs responded to that report and recommendation with a series of inquiries, which have been docketed as an objection.[2] Unfortunately, the questions they ask seek legal advice, which this court does not provide. The plaintiffs should consult the court's website (www.nvd.uscourts.gov) for helpful forms for pro se plaintiffs, or contact the State Bar of Nevada for additional information about resources that may be available.

Having reviewed Magistrate Judge Leen's report and recommendation de novo, I find it well reasoned and accurate. Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 9] is ADOPTED** in its entirety, and the objections **[ECF No. 10] are OVERRULED**;

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for lack

---

[1] ECF No. 9.

[2] ECF No. 10.

of jurisdiction. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: February 5, 2019

_____
U.S. District Judge Jennifer A. Dorsey